**E-FILED**
Wednesday, 31 March, 2010  01:18:10 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| INTEGRATED LIVESTOCK and MANAGEMENT COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 09-1350 |
| PURE CATTLE, LLC. and GARY EDWARDS, | ) ) ) ) | |
| Defendants. | ) | |

## O R D E R

On March 15, 2010, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than 14 days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Suffice it to say that Plaintiff has brought this litigation alleging claims for breach of oral contract and quantum meruit. The Court concurs with the recommendation that Defendants be allowed to amend their Notice of Removal to more specifically allege the citizenship of each member of the LLC. Plaintiff has no objection to affording Defendants this opportunity.

Accordingly, the Court now adopts the Report & Recommendation [#25] of the Magistrate Judge in its entirety.  Defendant's Motion to Amend [#17] is GRANTED. Plaintiff's Motion to Remand [#13] is DENIED, and this matter is referred to the Magistrate Judge for further proceedings, including the pending Motion to Vacate and Motion to Dismiss/Strike.

ENTERED this 31st day of March, 2010.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge