UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| INTEGRATED LIVESTOCK and MANAGEMENT COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 09-1350 |
| PURE CATTLE, LLC. and GARY EDWARDS, | ) ) ) ) |
| Defendants. | ) ) |

**O R D E R**

For the reasons set forth in the comprehensive Report & Recommendation of the Magistrate Judge, as well as the reasons given during the August 31, 2010, and September 17, 2010, motion hearings, the Court now finds as follows:

1. The attachment order entered by the Knox County Circuit Court on October 2, 2009, was not entered in compliance with state law, and it is therefore void.

2. Based on Plaintiff's representations that no bond will be entered, granting the federal Motion for Attachment would be an exercise in futility, as without the posting of adequate bond, any such order is void.

3. The Report & Recommendation of the Magistrate Judge [#28] is ADOPTED in its entirety.  Accordingly, the Motion to Vacate and Dissolve Order of Attachment dated 10/2/2009 and to Quash its Levy [#9] is GRANTED, and

      Plaintiff's Motion to Dismiss and Strike [#22] is GRANTED IN PART and DENIED IN PART.

4.    Plaintiff's Motion/Complaint for Attachment [#30] is DENIED.

5.    This matter is referred to Magistrate Judge Cudmore for Rule 16 conference.

ENTERED this 20th day of September, 2010.

                                      s/ Michael M. Mihm
                                      Michael M. Mihm
                                      United States District Judge